IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PARKS CONSERVATION )
ASSOCIATION )
1300 19th Street, NW – Suite 300 )
Washington, DC  20036 )
(800) 628-7275 )
)
     Plaintiff, )
)
  v. )
) Civ. Action No.
UNITED STATES DEPARTMENT )
OF THE INTERIOR )
1849 C Street, NW )
Washington, DC  20240 )
(202) 208-3100 )
)
NATIONAL PARK SERVICE )
1849 C Street, NW )
Washington, DC  20240 )
(202) 208-3100 )
)
     Defendants. )
)

**CERTIFICATE REQUIRED BY RULE 7.1 OF THE
LOCAL RULES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for National Parks Conservation Association, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of National Parks Conservation Association which has any outstanding securities in the hands of the public.

Respectfully submitted,

*/s/ Robert D. Rosenbaum*

Robert D. Rosenbaum (D.C. Bar No. 090498)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5862
Fax:   (202) 942-5999

Attorney for Plaintiff

Dated: November 21, 2007

2