AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL PARKS CONSERVATION ASSOCIATION
1300 19th Street, NW – Suite 300
Washington, DC 20036
(800) 628-7275

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, NW
Washington, DC 20240
(202) 208-3100

NATIONAL PARK SERVICE
1849 C Street, NW
Washington, DC 20240
(202) 208-3100

Case: 1:07-cv-02112
Assigned To : Robertson, James
Assign. Date : 11/21/2007
Description: ADMN AGENCY REVIEW

TO: (Name and address of Defendant)

Peter D. Keisler, Esq.
Acting Attorney General of the United States
Office of the Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Rosenbaum
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV 2 1 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 21, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert D. Rosenbaum | Counsel to Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Certified Mail, Return Receipt Requested (copy attached)**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    December 12, 2007      *[signature: Robert D. Rosenbaum]*
                 Date                   *Signature of Server*

Arnold & Porter, LLP
555 Twelfth St, NW
Washington, DC 20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>DEC 0 4 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Peter D. Keisler, Esq.<br>Acting Attorney General of<br>the United States<br>Office of the Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0003 0377 8546 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540