RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
LUTHER L. HAJEK
GUILLERMO A. MONTERO
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469; (202) 305-0492
Fax: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
   Luke.Hajek@usdoj.gov
   Guillermo.Montero@usdoj.gov

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ) ) ) ) Plaintiff, ) ) ) v. ) ) UNITED STATES DEPARTMENT OF ) THE INTERIOR and NATIONAL PARK ) SERVICE, ) ) Defendants. ) ) | Case No. 1:07-cv-02112 (JR) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Barry A. Weiner as counsel for the Federal Defendants, UNITED STATES DEPARTMENT OF THE INTERIOR and NATIONAL PARK SERVICE, in the above-referenced action.

Respectfully submitted this 11th day of January 2008,

RONALD J. TENPAS
Assistant Attorney General

/s Barry A. Weiner
BARRY A. WEINER
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:    202-305-0469
Fax:          202-305-0274
Email:        Barry.Weiner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic case filing (ECF) system.

Robert David Rosenbaum
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5000
Email: robert_rosenbaum@aporter.com

/s Barry A. Weiner
BARRY A. WEINER