CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEPARTMENT OF INTERIOR, )<br>et al. )<br>)<br>)<br>)<br>Defendant )<br>) | Civil Case Number 07-2112 (EGS)<br><br>Category    C |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 9, 2008</u> from <u>Judge James Robertson</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Reassigned as related to 07cv2111)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Judge Sullivan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk