RONALD J. TENPAS
Assistant Attorney General
BARRY A. WEINER
LUTHER L. HAJEK
GUILLERMO A. MONTERO
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469; (202) 305-0492
Fax: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
       Luke.Hajek@usdoj.gov
       Guillermo.Montero@usdoj.gov

Attorneys for the Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR and NATIONAL PARK )<br>SERVICE, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-02112 (JR) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Guillermo A. Montero as counsel for the Federal Defendants, UNITED STATES DEPARTMENT OF THE INTERIOR and NATIONAL PARK SERVICE, in the above-referenced action. Service of all papers on Mr. Montero by regular (first-class) United States mail should be made to the following mailing address:

      United States Department of Justice
      Environment and Natural Resources Division
      Natural Resources Section
      P.O. Box 663
      Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Montero should be made to the following street address:

      United States Department of Justice
      Environment and Natural Resources Division
      Natural Resources Section
      601 D Street, N.W., Room 3529
      Washington, D.C. 20004

Facsimiles should be transmitted to Mr. Montero at 202.305.0274. Emails should be sent to guillermo.montero@usdoj.gov.

    Respectfully submitted this 5th day of February, 2008,

      RONALD J. TENPAS
      Assistant Attorney General

      /s Guillermo A. Montero
      GUILLERMO A. MONTERO
      Trial Attorney
      Natural Resources Section
      Environment & Natural Resources Division
      U.S. Department of Justice
      P.O. Box 663
      Washington, D.C. 20044-0663
      Telephone:   202-305-0443
      Fax:           202-305-0274
      Email:         guillermo.montero@usdoj.gov