IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>  Defendants. | Case No. 07-cv-2112 (EGS) |

**FEDERAL DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS' MOTION TO CONSOLIDATE WITH CIVIL NO. 07-2111 (EGS),**
***GREATER YELLOWSTONE COALITION, ET AL. v. DIRK KEMPTHORNE, ET AL.***

PLEASE TAKE NOTICE: On March 13, 2008, Federal Defendants filed a motion to consolidate the above-captioned case with Greater Yellowstone Coalition, et al. v. Dirk Kempthorne, et al., Case No. 07-cv-2111 (EGS). (See Dkt. #16). Plaintiff, National Parks Conservation Association, filed a responsive brief the following day, on March 14, 2008.

//

//

//

//

- 2 -

While LCvR 7(d) provides that a movant may file a reply brief within five court days of its motion, Federal Defendants will not be filing a reply brief in this instance. Accordingly, Defendants submit that the briefing on this motion is now complete.

Respectfully submitted this 14th day of March, 2008.

                                                   RONALD J. TENPAS
                                                   Assistant Attorney General

                                                   /s/ *Guillermo A. Montero*
                                                  GUILLERMO A. MONTERO
                                                  BARRY A. WEINER
                                                  LUTHER L. HAJEK
                                                  United States Department of Justice
                                                  Environment and Natural Resources Division
                                                  Post Office Box 663
                                                  Washington, D.C. 20044-0663
                                                  Telephone: (202) 305-0469; (202) 305-0492
                                                  Fax: (202) 305-0274
                                                  Email: Barry.Weiner@usdoj.gov
                                                                            Luke.Hajek@usdoj.gov
                                                                            Guillermo.Montero@usdoj.gov

                                                  Attorneys for the Defendants

OF COUNSEL:

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957