IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE,<br><br>          Defendants. | Case No. 1:07-cv-02112 (EGS) |

**ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT
AND CHANGE IN PROPOSED SCHEDULE**

Pursuant to this Court's January 24, 2008 Order (Dkt. #12) and Local Rule 16.3, Plaintiff National Parks Conservation Association ("NPCA") and Federal Defendants the United States Department of the Interior and the National Park Service (Collectively "the Parties"), submitted a Joint Case Management Statement ("Statement") to the Court on March 7, 2008, addressing the relevant topics listed in LCvR 16.3(c) and setting forth a proposed schedule for producing the administrative record and briefing. The schedule proposed was based on the availability of a certified administrative record by March 21, 2008. Assembling and compiling the administrative record, however, has taken longer than expected and has not allowed time for Federal Defendants' trial counsel to conduct the necessary privilege review of the approximately 45,000 pages of documents contained in the record. Federal Defendants require an additional three weeks time to conduct the privilege review.

To allow trial counsel for Federal Defendants the necessary time to conduct their privilege review of the administrative record, the Parties submit an amended proposed schedule, which is set forth below.

### Proposed Schedule

- April 11, 2008:  Federal Defendants to (i) file and serve a Certification of the Record and comprehensive index to the record documents (based on Bates numbering) and (ii) make hard copies of the Administrative Record available at a convenient location in the District of Columbia for inspection and copying by Plaintiff at its expense, provided the Parties will work together in good faith to minimize the expense and burden.  Prior to April 11, 2008, Federal Defendants shall make documents available to Plaintiff on a rolling basis as they are reviewed.

- May 1, 2008:  Defendants will file and serve a Notice of Lodging and a CD-ROM containing an electronic version of the complete Administrative Record.

- May 14, 2008:  Plaintiff files its motion for summary judgment.

- June 25, 2008:  Defendants file their combined opposition and cross-motion for summary judgment.

- July 23, 2008:  Plaintiff files its combined opposition to Defendants' cross-motion and reply as to Plaintiff's motion.

- August 20, 2008:  Defendants file their reply brief as to their cross-motion.

- As soon thereafter as the Court directs:  hearing on motion.

Counsel for Plaintiff has reviewed this Addendum to Joint Case Management Statement and Change in Proposed Schedule and has authorized the undersigned to sign on their behalf.

Respectfully submitted this 18th day of March 2008.

        RONALD J. TENPAS
        Assistant Attorney General

        GUILLERMO A. MONTERO (MA Bar # 660903)
        BARRY A. WEINER (NY Bar # 2739894)

        /s/ *Luther L. Hajek*
        LUTHER L. HAJEK (DC Bar # 467742)
        Trial Attorneys
        Natural Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice
        P.O. Box 663
        Washington, DC  20044-0663
        Phone: (202) 305-0469
        Fax: (202) 305-0274

        Attorneys for Federal Defendants


        /s/ *Robert D. Rosenbaum*
        Robert D. Rosenbaum (D.C. Bar No. 090498)
        Donna E. Patterson (D.C. Bar No. 358701)
        Ingo W. Sprie
        Meetu Kaul (D.C. Bar No. 468146)
        ARNOLD & PORTER LLP
        555 Twelfth Street, NW
        Washington, DC  20004
        Phone: (202) 942-5862
        Fax: (202) 942-5999

        Attorneys for Plaintiff