IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
GREATER YELLOWSTONE COALITION,          )
et al.,                                 )
                                        )
             Plaintiffs,                )
                                        )         Case No. 07-cv-2111 (EGS)
    v.                                  )
                                        )         [Hearing on Motions for Summary
DIRK KEMPTHORNE, et al.,                )         Judgment on August 27, 2008]
                                        )
             Defendants.                )
_____)


_____
                                        )
NATIONAL PARKS CONSERVATION             )
ASSOCIATION,                            )
                                        )
             Plaintiff,                 )
                                        )         Case No. 07-cv-2112 (EGS)
    v.                                  )
                                        )         [Hearing on Motions for Summary
UNITED STATES DEPARTMENT OF THE         )         Judgment on August 27, 2008]
INTERIOR; NATIONAL PARK SERVICE         )
                                        )
             Defendants.                )
_____)


## **FEDERAL DEFENDANTS' NOTICE OF MOTION TO TRANSFER**

     Federal Defendants hereby provide notice to the Court and the Parties of their Motion to

Transfer the above-captioned cases to the U.S. District Court for the District of Wyoming.  The

grounds for that motion are set forth in Federal Defendants' Combined Motion to Transfer and

Memorandum of Points and Authorities and attachments thereto (Case No. 07-2111, Docket No.

25), and are incorporated herein by reference.  Because the above-captioned cases have been

consolidated, per the Court's March 19, 2008 Minute Order, Federal Defendants filed their

Motion to Transfer only in the lower-numbered case.  However, in its consolidation order, the Court indicated that "in the event Defendants file a motion to transfer venue, such motion shall be addressed and resolved separately for each of the two cases without regard to their having been consolidated."  See March 19, 2008 Minute Order.  Therefore, to ensure that Federal Defendants are in compliance with the Court's Order and to make clear that the Motion to Transfer applies to both cases, Federal Defendants hereby file this Notice in National Parks Conservation Association v. U.S. Department of the Interior, Case No. 07-cv-2112 (EGS).  However, to avoid burdening the Court and the Parties, Federal Defendants incorporate by reference their prior filing, rather than re-filing all of the documents under the separate case number.

Accordingly, for the reasons stated in Federal Defendants' Combined Motion to Transfer and Memorandum of Points and Authorities, Federal Defendants respectfully request that the above-captioned cases be transferred to the District of Wyoming so that they may be consolidated with the ongoing winter use litigation in that district.

Respectfully submitted this 26th day of March, 2008.

RONALD J. TENPAS
Assistant Attorney General

 /s/ Luther L. Hajek
GUILLERMO A. MONTERO
BARRY A. WEINER
LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469 / (202) 305-0492
Fax: (202) 305-0274
Email: Barry.Weiner@usdoj.gov
         Luke.Hajek@usdoj.gov
         Guillermo.Montero@usdoj.gov

OF COUNSEL:                              Attorneys for the Defendants

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C.  20240
Tel: (202) 208-7957