IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**PLAINTIFF NPCA'S MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE FEDERAL DEFENDANTS' MOTION TO TRANSFER**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(m), Plaintiff National Parks Conservation Association ("NPCA") respectfully moves this Court for an extension of time to file its opposition to the Federal Defendants' motion to transfer the above-captioned cases to the United States District Court for the District of Wyoming (Docket No. 21). The NPCA requests that its time to respond be extended from April 8, 2008 to April 18, 2008. The NPCA requests this extension because it believes that the additional time is necessary to allow it

to thoroughly investigate the facts relevant to this important motion, to obtain needed affidavits and to brief the issues involved. For example, Federal Defendants claim this is a "localized controversy" because the national parks at issue are located in Wyoming, among other states. But the NPCA will show that this is far from a "localized controversy." Among other things, only a small fraction of the enormous number of comments received by Federal Defendants on their proposed new rule come from residents of the states in which these parks are located. And there is strong reason to believe that this highly controversial new rule was only adopted after extensive involvement from officials in the Washington headquarters of the Federal Defendants. It is taking the NPCA time to gather support for these and other highly relevant facts.

Among other things, based on the Court's March 19, 2008 Scheduling Order (Docket No. 20), the Federal Defendants are required to make hard copies of the Administrative Record available to NPCA on April 4, 2008. The Administrative Record may contain information material to NPCA's opposition motion. Although NPCA intends to review the Administrative Record expeditiously and efficiently, by the Defendants' own characterizations, the Administrative Record is voluminous and will take some time to review.

## STATEMENT PURSUANT TO LCvR 7(m)

Counsel for NPCA consulted with counsel for Federal Defendants on this motion but was unable to reach agreement. Instead, Federal Defendants have given their "limited conditional consent," which they describe as consent to an extension of time until 1:00 p.m. Eastern time, April 11, 2008. Federal Defendants stated that their position is based on the April 25, 2008 date by which Federal Defendants have asked this Court to consider Defendants' motion to transfer. Although NPCA is equally concerned that this Court have ample time to thoroughly consider the transfer motion, NPCA does not believe the Federal Defendants' position is reasonable. The

NPCA respectfully believes that neither it, nor this Court, should be forced to adhere to an artificial deadline created by Federal Defendants, especially for such an important issue such as venue.

                                                Respectfully submitted,

/s/ Robert D. Rosenbaum
Robert D. Rosenbaum (D.C. Bar No. 090498)
Donna E. Patterson (D.C. Bar No. 358701)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004
Phone:   (202) 942-5862
Fax:       (202) 942-5999

Attorneys for Plaintiff

April 1, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2008, I caused the Plaintiff National Parks Conservation Association's Motion for Extension of Time to File its Opposition to Federal Defendants' Motion to Transfer to be served on the Court and counsel listed below via the Electronic Case Filing System for the District of Columbia ("ECF") or by electronic mail:

Guillermo A. Montero, MA Bar No. 660903
Barry A. Weiner, NY Bar No. 2739894
Luther L. Hajek, DC Bar No.467742
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC  20044-0663
Phone: (202) 305-0469
Fax:    (202) 305-0274

*Attorneys for Federal Defendants*

David S. Baron
EARTHJUSTICE
1625 Massachusetts Avenue, NW, Suite 702
Washington, DC 20036
Phone: (202) 667-4500
Fax:    (202) 667-2356
Email: dbaron@earthjustice.org

Douglas L. Honnold
Sean M. Helle
EARTHJUSTICE
209 South Willson Avenue
Bozeman, MT 59715-4630
Phone: (406) 586-9699
Fax:    (406) 586-9695
Email: dhonnold@earthjustice.org
Email: shelle@earthjustice.org

*Attorneys for Plaintiff Greater Yellowstone Coalition*

                                              _____
                                              Robert D. Rosenbaum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
GREATER YELLOWSTONE COALITION,      )
et al.,                             )
           Plaintiffs,              )
                                    )    Case No. 07-cv-2111 (EGS)
      v.                            )
                                    )    [Hearing on Motions for Summary
DIRK KEMPTHORNE, et al.,            )    Judgment on August 27, 2008]
                                    )
           Defendants.              )
_____)
_____
                                    )
NATIONAL PARKS CONSERVATION         )
ASSOCIATION,                        )
                                    )
           Plaintiff,               )
                                    )    Case No. 07-cv-2112 (EGS)
      v.                            )
                                    )    [Hearing on Motions for Summary
UNITED STATES DEPARTMENT OF THE     )    Judgment on August 27, 2008]
INTERIOR; NATIONAL PARK SERVICE     )
                                    )
           Defendants.              )
_____)

**[PROPOSED] ORDER GRANTING PLAINTIFF NPCA'S MOTION
FOR EXTENSION OF TIME**

Having considered the Plaintiff National Parks Conservation Association's Motion for Extension of Time to File its Opposition to the Federal Defendants' March 25, 2008 Motion to Transfer the above-captioned cases to the United States District Court for the District of Wyoming, it is hereby ORDERED that:

(1)    The Motion is GRANTED; and

(2)     Plaintiff National Parks Conservation Association shall have until Friday, April 18, 2008, to file its Opposition to the Federal Defendants' March 25, 2008 Motion to Transfer.

SO ORDERED.

                                              EMMET G. SULLIVAN
                                              United States District Judge

Dated:  April __, 2008