IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>　　　　Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**PLAINTIFF NPCA'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR EXTENSION OF TIME**

Plaintiff National Parks Conservation Association ("NPCA") respectfully moves this Court for expedited treatment of NPCA's Motion For Extension Of Time To File Its Opposition To The Federal Defendant's Motion To Transfer, filed after hours on April 1, 2008 in the above-captioned case. NCPA's opposition is due April 8, 2008 unless this Court grants an extension. NCPA therefore respectfully requests that the Court consider NCPA's April 1, 2008 Motion for an Extension of Time on an expedited schedule.

**STATEMENT PURSUANT TO LCvR 7(m)**

Counsel for NPCA consulted with counsel for the Federal Defendants on this motion. The Federal Defendants have indicated that they do not oppose NCPA's Motion For Expedited Consideration on the condition that they have until Friday April 4, 2008 at 1:00 p.m. to file their opposition to NPCA's Motion For Extension of Time.

                                            Respectfully submitted,


                                            /s/ Robert D. Rosenbaum
                                            Robert D. Rosenbaum (D.C. Bar No. 090498)
                                            Donna E. Patterson (D.C. Bar No. 358701)
                                            ARNOLD & PORTER LLP
                                            555 Twelfth Street, NW
                                            Washington, DC  20004
                                            Phone:   (202) 942-5862
                                            Fax:     (202) 942-5999

                                            Attorneys for Plaintiff

April 2, 2008

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 2, 2008, I caused the Plaintiff National Parks Conservation Association's Motion for Extension of Time to File its Opposition to Federal Defendants' Motion to Transfer to be served on the Court and counsel listed below via the Electronic Case Filing System for the District of Columbia ("ECF") or by electronic mail:

Guillermo A. Montero, MA Bar No. 660903
Barry A. Weiner, NY Bar No. 2739894
Luther L. Hajek, DC Bar No.467742
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC  20044-0663
Phone: (202) 305-0469
Fax:     (202) 305-0274

*Attorneys for Federal Defendants*

David S. Baron
EARTHJUSTICE
1625 Massachusetts Avenue, NW, Suite 702
Washington, DC 20036
Phone: (202) 667-4500
Fax:     (202) 667-2356
Email: dbaron@earthjustice.org

Douglas L. Honnold
Sean M. Helle
EARTHJUSTICE
209 South Willson Avenue
Bozeman, MT 59715-4630
Phone: (406) 586-9699
Fax:     (406) 586-9695
Email: dhonnold@earthjustice.org
Email: shelle@earthjustice.org

*Attorneys for Plaintiff Greater Yellowstone Coalition*


                                              /s/ Robert D. Rosenbaum
                                              Robert D. Rosenbaum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
GREATER YELLOWSTONE COALITION,            )
et al.,                                   )
            Plaintiffs,                   )
                                          )   Case No. 07-cv-2111 (EGS)
     v.                                   )
                                          )   [Hearing on Motions for Summary
DIRK KEMPTHORNE, et al.,                  )   Judgment on August 27, 2008]
                                          )
            Defendants.                   )
_____)
_____
                                          )
NATIONAL PARKS CONSERVATION               )
ASSOCIATION,                              )
                                          )
            Plaintiff,                    )
                                          )   Case No. 07-cv-2112 (EGS)
     v.                                   )
                                          )   [Hearing on Motions for Summary
UNITED STATES DEPARTMENT OF THE           )   Judgment on August 27, 2008]
INTERIOR; NATIONAL PARK SERVICE           )
                                          )
            Defendants.                   )
_____)

**[PROPOSED] ORDER GRANTING PLAINTIFF NPCA'S MOTION
FOR EXPEDITED CONSIDERATION**

Having considered the Plaintiff National Parks Conservation Association's Motion for Expedited Consideration of its Motion For Extension of Time to File its Opposition to the Federal Defendants' March 25, 2008 Motion to Transfer the above-captioned cases to the United States District Court for the District of Wyoming, it is hereby ORDERED that:

    (1)    The Motion is GRANTED

(2)    Federal Defendants have until Friday April 4, 2008 at 1:00 p.m. to file their opposition to NPCA's Motion For Extension of Time

SO ORDERED.

                                                            EMMET G. SULLIVAN
                                                            United States District Judge

Dated:  April __, 2008