IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. 07-cv-2111 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE <br><br> Defendants. | Case No. 07-cv-2112 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |

**FEDERAL DEFENDANTS' MEMORANDUM IN OPPOSITION TO NPCA's MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE FEDERAL DEFENDANTS' MOTION TO TRANSFER**

The United States Department of the Interior and the U.S. National Park Service (collectively "Federal Defendants") hereby oppose Plaintiff National Parks Conservation Association's ("NPCA") motion for an extension of time in which to file its opposition to the Federal Defendants' March 25, 2008 transfer motion.

In an attempt to relieve Federal Defendants' burden of having to litigate over the same agency actions in two separate districts, Defendants on March 25, 2008 filed contingent motions

to transfer in this District and the District of Wyoming. The motion in this District asks that the Court issue a decision granting or denying the requested relief by April 25. The contingent motion in the District of Wyoming asks the Wyoming Court to consider the motion by April 25 in the event this Court does not issue an order transferring the above-captioned cases to the Wyoming Court by that date. Federal Defendants have requested a ruling by April 25 so that this important issue can be resolved in advance of the May 9, 2008 deadline for summary judgment motions, which the Court has indicated will not be extended for any reason. See March 19, 2008 Scheduling Order (Dkt. #20).

Despite these considerations, NPCA requests an additional ten days in which to complete its opposition brief. Specifically, NPCA asserts that the additional time is necessary to review portions of the administrative record to determine (1) the extent of involvement of officials in Washington, D.C. in the development of the new rule governing winter use in the Parks; and (2) the geographic source of the public comments on that new rule. By way of its motion, NPCA requests the luxury of two full weeks in which to complete its review of these very limited portions of the administrative record which, consistent with this Court's Scheduling Order, must be made available to the Plaintiffs by April 4. This request is unreasonable.

NPCA's proposed enlargement until April 18 would leave only one week for the Defendants to file a reply brief in support of their transfer motion and for this Court to issue a decision. Contrary to NPCA's assertions, Defendants are not asking that NPCA "be forced to adhere to an artificial deadline created by Federal Defendants." See Mot. at 3. The local rules require that NPCA file its opposition within 11 calendar days. See LCvR 7(b). More importantly, however, Federal Defendants' request that NPCA adhere to this deadline is in no way "artificial." This Court has made clear that "no extensions of time [for the dates set in this

Court's Scheduling Order] will be given to any party for any reason." See Dkt. #20 at 3. It is therefore imperative that the Defendants' motions for transfer be resolved by *both* districts as soon in advance of this Court's May 9 deadline for summary judgment motions as possible, so as not to prejudice the Wyoming plaintiffs in the event their cases are transferred to this District. In addition, resolving the motion to transfer well in advance of May 9 would ensure that the motion does not interfere with the parties' briefing of the merits in the above-captioned cases.

In light of the above, Defendants have proposed several compromises to accommodate NPCA's asserted needs without jeopardizing the requested April 25 decision date. First, Defendants have proposed an enlargement of two and one-half days for NPCA's opposition brief, until 1:00 p.m. on April 11. Second, Defendants have already provided NPCA with the complete index to the administrative record, and have made arrangements so that NPCA can access the administrative record on the morning of April 3. NPCA's attorneys have informed Federal Defendants that, instead, they prefer to wait a full four calendar days to begin their review of the relevant materials in the record. See Exs. A, B.[1] The asserted reason for the delay is that NPCA's attorneys must wait for one of their clients to arrive in Washington, D.C. from Florida before their review of any portion of the administrative record may begin. See Ex. C. Given that NPCA's stated reason for the requested extension is that they need more time to review relevant portions of the record, NPCA's refusal to begin review of those materials immediately is inexcusable.

Finally, Defendants have indicated that they would complete and file their reply to NPCA's opposition brief no later than April 16, thereby affording the Court a full seven court

---

[1] Citations to "Ex. ___" refer to the exhibits submitted with the declaration of Guillermo A. Montero, which is filed concurrently herewith.

days before April 25 in which to consider the Defendants' motion.  Thus, although Defendants strongly disagree that more time is needed, Defendants have crafted an alternative solution which would provide NPCA's counsel with a full nine calendar days in which to review the relevant portions of the administrative record without reducing the Court's time to consider Federal Defendants' motion before the requested April 25, 2008 decision date.[2]

Federal Defendants believe the alternative arrangement described immediately above is more than reasonable, especially given that Defendants are proposing a voluntary reduction of their reply time to accommodate NPCA's needs.  Accordingly, Federal Defendants respectfully request that the Court deny NPCA's motion for an enlargement of 10 days.  To accommodate NPCA's asserted needs however, Federal Defendants would not oppose an enlargement of NPCA's deadline to file an opposition to Federal Defendants' transfer motion by two and one-half days, until 1:00 p.m. on April 11, 2008.

Respectfully submitted this 3rd day of April, 2008.

RONALD J. TENPAS
Assistant Attorney General

 /s/Guillermo A. Montero
GUILLERMO A. MONTERO
BARRY A. WEINER
LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0469 / Fax: (202) 305-0274

---

[2] Defendants also note that NPCA has enjoyed the benefit of three additional days in which to file its opposition brief, by operation of Fed. R. Civ. P. 6(d), despite immediate service by the Court's ECF system.  These three days are in addition to the 13.5 days already provided by Local Rule 7(b) and the Defendants' proposed enlargement).

Email: Barry.Weiner@usdoj.gov
Luke.Hajek@usdoj.gov
Guillermo.Montero@usdoj.gov

OF COUNSEL:

Attorneys for the Defendants

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**DECLARATION OF GUILLERMO A. MONTERO IN SUPPORT OF
FEDERAL DEFENDANTS' MEMORANDUM IN OPPOSITION TO
NPCA's MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE
FEDERAL DEFENDANTS' MOTION TO TRANSFER**

I, Guillermo A. Montero, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am an attorney in good standing of the bar of Massachusetts, and I am employed as a trial attorney with the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section. I am one of the attorneys of record assigned to represent the Federal Defendants in this action. I have personal knowledge of the facts stated herein and, if called upon to testify, I would testify that the facts set forth below are true and correct.

2.  Attached as **Exhibit A** is a true and correct excerpted copy of the electronic mail I transmitted to counsel for National Parks Conservation Association ("NPCA") on April 2, 2008, at 12:24 p.m.

3.  Attached as **Exhibit B** is a true and correct excerpted copy of an electronic mail transmitted by counsel for NPCA to the undersigned counsel on April 2, 2008, at 12:31 p.m.

4.  Attached as **Exhibit C** is a true and correct excerpted copy of an electronic mail transmitted by counsel for the United States to counsel for NPCA on April 3, 2008, at 10:19 a.m.

Executed this 3rd day of April, 2008, in Washington, D.C.

/s/ Guillermo A. Montero

Guillermo A. Montero

## Montero, Guillermo (ENRD)

| | |
|---|---|
| **From:** | Montero, Guillermo (ENRD) |
| **Sent:** | Wednesday, April 02, 2008 12:24 PM |
| **To:** | 'Meetu_Kaul@aporter.com' |
| **Cc:** | Weiner, Barry (ENRD); Hajek, Luke (ENRD); Robert_Rosenbaum@aporter.com; shelle@earthjustice.org |
| **Subject:** | RE: Yellowstone AR Review. |
| **Importance:** | High |

Meetu,

As a follow up to Luke's email from 10:16 this morning, I note from your motion for enlargement that you believe you will need additional time in which to review the administrative record prior to filing your opposition to the United States' transfer motion. Given this, I cannot understand why you intend to wait until next Monday to begin your review, despite Luke's offer to make the record available this Friday.

In any case, to further accommodate your asserted needs, I've spoken with Luke and we have determined that we can make the administrative record available on Thursday (tomorrow) instead of waiting until Monday as you propose. In this manner, NPCA would receive an additional four calendar days in which to review the record prior to our proposed oppostion deadline of April 11. In addition, Luke will be sending you a copy of the index to the administrative record by separate email later this afternoon. I propose that you peruse the index and identify any documents that you believe may be relevant to your opposition brief (such as the public comments you referenced in your motion). That way, instead of picking up boxes 1-5 tomorrow (Thursday), you could instead target the boxes that contain the documents most relevant to your opposition brief. We believe this arrangement should fully accommodate your asserted needs.

Please inform Mr. Bracey that the documents will be available for retrieval tomorrow, and please call me or Luke if you have any questions. Luke and I will work with Mr. Bracey to identify and retrieve the documents that you believe you may need based on your examination of the administrative record index.

Finally, I wanted to raise for your attention that your motion for enlargement was not accompanied by a motion for expedited consideration. I assume you will be filing such a motion shortly, and ask that you please note in your motion that Federal Defendants will file their opposition to your motion for enlargement no later than 1pm on Friday, April 4, 2008.

Thank you,

--Guillermo

-----Original Message-----
From: Hajek, Luke (ENRD)
Sent: Wednesday, April 02, 2008 10:16 AM
To: Meetu_Kaul@aporter.com
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD)
Subject: RE: Yellowstone AR Review.

Meetu,

We will file the index on Friday and the record will be available for review that day as well. From our prior communications, I understand that you would first like to pick up boxes for review and copying on Monday, April 7. If you intend to start reviewing and copying on Friday, April 4, please let us know. Assuming that you will start your review next Monday, I am available to have the documents ready for pickup at 9 am. Just let me know who will be coming to pick them up and give them my number. When they call me, I will bring down the boxes.

There are 15 boxes that contain the administrative record. Based on my e-mails with Sean,

1

Exhibit A

my plan was to give you boxes 1-5 on Monday, boxes 6-10 on Tuesday, and boxes 11-15 on Wednesday, which you would review/copy and return the day after you receive them.

If you'd like to talk about the logistics, please feel free to call.

Luke

-----Original Message-----
From: Meetu_Kaul@aporter.com [mailto:Meetu_Kaul@aporter.com]
Sent: Tuesday, April 01, 2008 6:33 PM
To: Hajek, Luke (ENRD)
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD)
Subject: RE: Yellowstone AR Review.


Luke,

I'd like to work out the logistics related to the below agreement. Where will the documents be located? We are trying to make arrangements for pick-up/drop-off for the morning of April 7 (and 8th and 9th). Also, how early can we obtain the documents (and return the ones that we are finished reviewing) on April 7-9?

How many boxes do you expect to have? We need to determine what type of service we'll need to get them back and forth.

And to confirm, the US will be providing us with an index to the administrative record on Friday April 4th (as stated in the Court's scheduling order)?

Perhaps we can speak tomorrow to discuss this and other logistics as needed.

Thanks,
_____
Meetu Kaul
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Direct:  202.942.5225
Fax:     202.942.5999
Meetu.Kaul@aporter.com


|  |  |  |
|---|---|---|
| "Hajek, Luke (ENRD)" <Luke.Hajek@usdoj.gov> 03/27/2008 04:55 PM | To "Sean Helle" <shelle@earthjustice.org>, "Weiner, Barry (ENRD)" <Barry.Weiner@usdoj.gov>, "Montero, Guillermo (ENRD)" <Guillermo.Montero@usdoj.gov> cc <Robert_Rosenbaum@aporter.com>, <Meetu_Kaul@aporter.com> Subject RE: Yellowstone AR Review. | |

2

Exhibit A

**Montero, Guillermo (ENRD)**

---

**From:** Robert_Rosenbaum@aporter.com
**Sent:** Wednesday, April 02, 2008 12:31 PM
**To:** Montero, Guillermo (ENRD)
**Cc:** Weiner, Barry (ENRD); Hajek, Luke (ENRD); Meetu_Kaul@aporter.com; shelle@earthjustice.org
**Subject:** RE: Yellowstone AR Review.


While we appreciate your gesture and will do whatever we can to start a review ASAP, you should note that people are flying into DC for the sole purpose of conducting the review, which is why they were not planning to start on Friday. I do not know if they will be able to change their travel plans but we will check with them.

Thanks for pointing out the expedited consideration point.


"Montero, Guillermo (ENRD)"
<Guillermo.Montero@usdoj.gov>

04/02/2008 12:24 PM

To  Meetu Kaul/Atty/DC/ArnoldAndPorter@APORTER
cc  "Weiner, Barry (ENRD)" <Barry.Weiner@usdoj.gov>, "Hajek, Luke (ENRD)" <Luke.Hajek@usdoj.gov>, Robert Rosenbaum/Atty/DC/ArnoldAndPorter@APORTER, <shelle@earthjustice.org>
Subject  RE: Yellowstone AR Review.


```
Meetu,

As a follow up to Luke's email from 10:16 this morning, I note from your
motion for enlargement that you believe you will need additional time in
which to review the administrative record prior to filing your
opposition to the United States' transfer motion.  Given this, I cannot
understand why you intend to wait until next Monday to begin your
review, despite Luke's offer to make the record available this Friday.

In any case, to further accommodate your asserted needs, I've spoken
with Luke and we have determined that we can make the administrative
record available on Thursday (tomorrow) instead of waiting until Monday
as you propose.  In this manner, NPCA would receive an additional four
calendar days in which to review the record prior to our proposed
opposition deadline of April 11.  In addition, Luke will be sending you a
copy of the index to the administrative record by separate email later
this afternoon.  I propose that you peruse the index and identify any
documents that you believe may be relevant to your opposition brief
(such as the public comments you referenced in your motion).  That way,
instead of picking up boxes 1-5 tomorrow (Thursday), you could instead
target the boxes that contain the documents most relevant to your
opposition brief.  We believe this arrangement should fully accommodate
your asserted needs.

Please inform Mr. Bracey that the documents will be available for
retrieval tomorrow, and please call me or Luke if you have any
questions.  Luke and I will work with Mr. Bracey to identify and
retrieve the documents that you believe you may need based on your
examination of the administrative record index.

Finally, I wanted to raise for your attention that your motion for
enlargement was not accompanied by a motion for expedited consideration.
I assume you will be filing such a motion shortly, and ask that you
please note in your motion that Federal Defendants will file their
opposition to your motion for enlargement no later than 1pm on Friday,
April 4, 2008.
```

**EXHIBIT B**

4/3/2008

Thank you,

--Guillermo

-----Original Message-----
From: Hajek, Luke (ENRD)
Sent: Wednesday, April 02, 2008 10:16 AM
To: Meetu_Kaul@aporter.com
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD)
Subject: RE: Yellowstone AR Review.

Meetu,

We will file the index on Friday and the record will be available for
review that day as well. From our prior communications, I understand
that you would first like to pick up boxes for review and copying on
Monday, April 7. If you intend to start reviewing and copying on
Friday, April 4, please let us know. Assuming that you will start your
review next Monday, I am available to have the documents ready for
pickup at 9 am. Just let me know who will be coming to pick them up and
give them my number. When they call me, I will bring down the boxes.

There are 15 boxes that contain the administrative record. Based on my
e-mails with Sean, my plan was to give you boxes 1-5 on Monday, boxes
6-10 on Tuesday, and boxes 11-15 on Wednesday, which you would
review/copy and return the day after you receive them.

If you'd like to talk about the logistics, please feel free to call.

Luke

-----Original Message-----
From: Meetu_Kaul@aporter.com [mailto:Meetu_Kaul@aporter.com]
Sent: Tuesday, April 01, 2008 6:33 PM
To: Hajek, Luke (ENRD)
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD)
Subject: RE: Yellowstone AR Review.


Luke,

I'd like to work out the logistics related to the below agreement.
Where will the documents be located? We are trying to make
arrangements for pick-up/drop-off for the morning of April 7 (and 8th
and 9th). Also, how early can we obtain the documents (and return the
ones that we are finished reviewing) on April 7-9?

How many boxes do you expect to have? We need to determine what type
of service we'll need to get them back and forth.

And to confirm, the US will be providing us with an index to the
administrative record on Friday April 4th (as stated in the Court's
scheduling order)?

Perhaps we can speak tomorrow to discuss this and other logistics as
needed.

Thanks,
_____
Meetu Kaul
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Direct:  202.942.5225
Fax:     202.942.5999
Meetu.Kaul@aporter.com


              "Hajek, Luke
              (ENRD)"
              <Luke.Hajek@usd                                        To
              oj.gov>            "Sean Helle"
                                 <shelle@earthjustice.org>,
                                 "Weiner, Barry (ENRD)"
              03/27/2008         <Barry.Weiner@usdoj.gov>,
              04:55 PM           "Montero, Guillermo (ENRD)"
                                 <Guillermo.Montero@usdoj.gov>
                                                                     cc

**EXHIBIT B**

4/3/2008

**Montero, Guillermo (ENRD)**

| | |
|---|---|
| **From:** | Hajek, Luke (ENRD) |
| **Sent:** | Thursday, April 03, 2008 10:19 AM |
| **To:** | Meetu_Kaul@aporter.com |
| **Cc:** | Weiner, Barry (ENRD); Montero, Guillermo (ENRD); William_Bracey@aporter.com |
| **Subject:** | RE: Yellowstone AR Review. |

Meetu,

Thank you for your response. I understand that your client may not be able to partake of counsel's examination of the record, but I once again urge you to take advantage of the fact that we are making the record available to NPCA starting today, a full four days in advance of when you propose to examine it. We have explained that we need to have the motions to transfer resolved as far in advance of May 9 as possible. In addition you have expressed, in your Motion for Extention at p.3, that venue is a very important issue. We therefore believe that counsel should begin reviewing the record immediately, and see no reason why that review should be delayed by four days.

Luke

-----Original Message-----
From: Meetu_Kaul@aporter.com [mailto:Meetu_Kaul@aporter.com]
Sent: Wednesday, April 02, 2008 5:47 PM
To: Hajek, Luke (ENRD)
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD); William_Bracey@aporter.com
Subject: RE: Yellowstone AR Review.


Luke,

Our client (who is scheduled to fly into D.C. on Monday for the review) has informed us that her personal situation makes it impossible for her to change her travel plans. Plus, the expense and unavailability of reasonable accommodations at this late date would make it preclusively expensive for NPCA.

Thus, we will be keeping with our original plan of picking up the boxes on Monday.

Regards,


Meetu Kaul
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Direct:  202.942.5225
Fax:     202.942.5999
Meetu.Kaul@aporter.com



| | | |
|---|---|---|
| "Hajek, Luke (ENRD)" <Luke.Hajek@usdoj.gov><br><br>04/02/2008<br>10:15 AM | <Meetu_Kaul@aporter.com> | To<br><br>cc<br>"Weiner, Barry (ENRD)" <Barry.Weiner@usdoj.gov>,<br>"Montero, Guillermo (ENRD)" <Guillermo.Montero@usdoj.gov><br>Subject<br>RE: Yellowstone AR Review. |

1

**EXHIBIT C**

Meetu,

We will file the index on Friday and the record will be available for review that day as well.  From our prior communications, I understand that you would first like to pick up boxes for review and copying on Monday, April 7.  If you intend to start reviewing and copying on Friday, April 4, please let us know.  Assuming that you will start your
review next Monday, I am available to have the documents ready for pickup at 9 am.  Just let me know who will be coming to pick them up and
give them my number.  When they call me, I will bring down the boxes.


There are 15 boxes that contain the administrative record.  Based on my
e-mails with Sean, my plan was to give you boxes 1-5 on Monday, boxes 6-10 on Tuesday, and boxes 11-15 on Wednesday, which you would review/copy and return the day after you receive them.

If you'd like to talk about the logistics, please feel free to call.

Luke

-----Original Message-----
From: Meetu_Kaul@aporter.com [mailto:Meetu_Kaul@aporter.com]
Sent: Tuesday, April 01, 2008 6:33 PM
To: Hajek, Luke (ENRD)
Cc: Weiner, Barry (ENRD); Montero, Guillermo (ENRD)
Subject: RE: Yellowstone AR Review.


Luke,

I'd like to work out the logistics related to the below agreement.  Where will the documents be located?  We are trying to make arrangements for pick-up/drop-off for the morning of April 7 (and 8th and 9th).  Also, how early can we obtain the documents (and return the ones that we are finished reviewing) on April 7-9?

How many boxes do you expect to have?  We need to determine what type of service we'll need to get them back and forth.

And to confirm, the US will be providing us with an index to the administrative record on Friday April 4th (as stated in the Court's scheduling order)?

Perhaps we can speak tomorrow to discuss this and other logistics as needed.

Thanks,
_____
Meetu Kaul
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Direct:  202.942.5225

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. 07-cv-2111 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE <br><br> Defendants. | Case No. 07-cv-2112 (EGS) <br><br> [Hearing on Motions for Summary Judgment on August 27, 2008] |

**[PROPOSED] ORDER DENYING PLAINTIFF NPCA'S MOTION
FOR EXTENSION OF TIME**

Having considered the Plaintiff National Parks Conservation Association's Motion for Extension of Time to File its Opposition to Federal Defendants' March 25, 2008 Motion to Transfer the above-captioned cases to the United States District of Wyoming, it is hereby ORDERED that the motion is DENIED.

_____
The Honorable Emmet G Sullivan
United States District Judge

Dated: April ___, 2008