IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**FEDERAL DEFENDANTS' OPPOSITION TO
NATIONAL PARKS CONSERVATION ASSOCIATIONS' MOTION FOR LEAVE TO
FILE SUR-REPLY RE: MOTION TO TRANSFER CASE NO. 07-CV-2112 (EGS)**

Federal Defendants hereby submit this memorandum in opposition to the National Parks Conservation Association ("NPCA") motion for leave to file sur-reply, which NPCA has filed in further opposition to Defendants' March 25, 2008 Motion to Transfer.

- 1 -

As this Court is aware, Federal Defendants have filed contingent motions to transfer in this District and the District of Wyoming, and Defendants have respectfully requested that this Court issue a ruling by April 25 so that this important issue can be resolved <u>in both</u> districts in advance of this Court's May 9 deadline for summary judgment.  <u>See</u> March 19, 2008 Scheduling Order (Dkt. #20) (indicating that briefing schedule will not be extended for any reason).  In furtherance of this requested relief, Defendants have taken pains ensure that the parties' briefing on the transfer motion does not encroach on the Court's time to consider the motion and render a decision.  These measures have included voluntarily reducing the Defendants' time in which to file a reply brief as well as producing the administrative record in advance of the scheduled production date, so as to accommodate NPCA's asserted need for an extension of time in which to complete their opposition to the transfer motion.  Notwithstanding this, NPCA now proposes to file additional briefing.

Federal Defendants oppose NPCA's motion for leave to file that briefing because it encroaches on the Court's time in which to render a decision.  In addition, the motion unfairly proposes that NPCA be allowed additional briefing, even after the Defendants voluntarily and prejudicially reduced their own reply time in order to accommodate NPCA's asserted need for an extension.  Finally, Defendants disagree with NPCA's contention that Defendants' reply brief raised "new issues" that must be addressed in a sur-reply.  To the contrary, the arguments in the Defendants' reply brief at issue here were crafted solely in response to NPCA's assertion that its November 21, 2007 complaint is entitled to precedence under the "first-filed" rule.  Accordingly, those arguments cannot be characterized as raising "new issues," and NPCA has not met its burden of showing that the proposed sur-reply is necessary.  <u>See</u> <u>Scott-Blanton v. Universal City Studios Productions LLP</u>, 246 F.R.D. 344, 346 n.3 (D.D.C. 2007) ("Because the defendants raise

no new arguments in their reply, the court denies the plaintiff's motion for leave to file a sur-reply."). Further, the opinions from this Court which are cited in NPCA's sur-reply do nothing to advance NPCA's position or undermine ours. In fact, those decisions confirm that the 2007 ROD was not final agency action. See California Dep't of Health Services v. Babbitt, 46 F. Supp.2d 13, 25 (D.D.C. 1999) (Sullivan, J.) (holding that the Department of the Interior's Record of Decision was not final agency action); Center for Biological Diversity v. Pirie, 191 F. Supp.2d 161, 176 (D.D.C. 2002) (finding that the ROD constituted "final agency action" because, unlike the present case, that ROD both "marked the consummation of the agency's decisionmaking process" and was an act "by which rights or obligations [were] determined, or from which legal consequences [flowed].") Accordingly, the motion for leave to file sur-reply should be denied.

Respectfully submitted this 18th day of April, 2008.

                RONALD J. TENPAS
                Assistant Attorney General

                /s/ Guillermo A. Montero
                GUILLERMO A. MONTERO
                BARRY A. WEINER
                LUTHER L. HAJEK
                United States Department of Justice
                Environment and Natural Resources Division
                Post Office Box 663
                Washington, D.C. 20044-0663
                Telephone: (202) 305-0469 / Fax: (202) 305-0274
                Email: Barry.Weiner@usdoj.gov
                      Luke.Hajek@usdoj.gov
                      Guillermo.Montero@usdoj.gov

OF COUNSEL:                Attorneys for the Defendants

JASON WAANDERS
U.S. Department of the Interior
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957