UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | Civ. No. 07-2111 (EGS)<br><br>[Hearing on Motion for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civ. No. 07-2112 (EGS)<br><br>[Hearing on Motion for Summary Judgment on August 27, 2008] |

## [PROPOSED] ORDER

Having considered plaintiffs' May 2, 2008 unopposed motion for expedited consideration of plaintiffs' motion to compel defendants to produce a privilege log for documents that defendants have withheld from the administrative record on the ground that they purportedly are covered by deliberative process privilege, it is hereby ORDERED that the motion for expedited consideration is GRANTED.

Defendants will file their response to plaintiffs' motion to compel by May 9, 2008 and plaintiffs will file their reply on or before May 13, 2008.

SO ORDERED.

_____<br>
EMMET G. SULLIVAN<br>
United States District Judge

Dated: May __, 2008