IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. 07-cv-2111 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE<br><br>        Defendants. | Case No. 07-cv-2112 (EGS)<br><br>[Hearing on Motions for Summary Judgment on August 27, 2008] |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF OPPOSITION
TO GREATER YELLOWSTONE COALITION'S
<u>MOTION FOR SUMMARY JUDGMENT, RE CASE NO. 07-CV-2111 (EGS)</u>**

PLEASE TAKE NOTICE that on June 16, 2008, Counsel for Defendants, the United States Department of the Interior and the National Park Service, filed with the Clerk an Opposition to the Greater Yellowstone Coalition's motion for summary judgment in the form of a combined cross-motion for summary judgment and opposition brief. That Opposition appears as Dkt. #59.

Respectfully submitted this 16th day of June, 2008.

                                        RONALD J. TENPAS
                                      Assistant Attorney General

                                      /s/ Guillermo A. Montero
                                      GUILLERMO A. MONTERO
                                      BARRY A. WEINER
                                      LUTHER L. HAJEK
                                      United States Department of Justice
                                      Environment and Natural Resources Division
                                      Post Office Box 663
                                      Washington, D.C. 20044-0663
                                      Telephone: (202) 305-0469
                                      Fax: (202) 305-0274

OF COUNSEL:                         Guillermo.Montero@usdoj.gov
JASON WAANDERS
U.S. Department of the Interior        Attorneys for the Defendants
Office of the Solicitor
Division of Parks and Wildlife
1849 C St., N.W., MS-3230
Washington, D.C. 20240
Tel: (202) 208-7957