William P. Horn (DC Bar No. 375666)
David E. Lampp (DC Bar No. 480215)
Birch Horton Bittner & Cherot, PC
1155 Connecticut Ave. NW, Suite 1200
Washington, DC  20036
Telephone:  (202) 659-5800
Facsimile:  (202) 659-1027

*Attorneys for Defendant Intervenors*
*International Snowmobile Manufacturer's Association,*
*American Council of Snowmobile Associations,*
*BlueRibbon Coalition, Inc., and Teri Manning*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER YELLOWSTONE COALITION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-02111 (EGS) |
| ) | |
| KEMPTHORNE, et al. ) | Hearing on Motions for Summary |
| ) | Judgment to be Held on |
| Defendants, ) | August 27, 2008 |
| ) | |
| and ) | |
| ) | |
| THE INTERNATIONAL SNOWMOBILE ) | **[PROPOSED] ORDER ON** |
| MANUFACTURER'S ASSOCIATION, ) | **DEFENDANT INTERVENORS'** |
| et al. ) | **MOTION FOR LEAVE TO FILE** |
| ) | **REPLY BRIEF** |
| Defendant-Intervenors. ) | |

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ) | |
| ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-02112 (EGS) |
| ) | |
| v. ) | Hearing on Motions for Summary |
| ) | Judgment to be Held on |
| ) | August 27, 2008 |
| UNITED STATES DEPARTMENT OF ) | |

|  |  |
|---|---|
| INTERIOR, et al. | ) |
|  | ) |
| Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE INTERNATIONAL SNOWMOBILE MANUFACTURER'S ASSOCIATION, et al. | ) ) ) |
|  | ) |
| Defendant-Intervenors. | ) |
|  | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Intervenors' Motion for Leave to File Reply Brief, the Court hereby GRANTS the motion.

SO ORDERED this _____ day of _____, 2008.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE